# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| DARNELL WASHINGTON | ) | |
| | ) | Case No. 19-cv-2211 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERVALU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by David B. Levin and Defendant being represented by Amanda E. Inskeep, counsel met on August 28, 2019, for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates upon which counsel have agreed.

1. Parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by September 23, 2019.

2. The deadline for amendment of pleadings is January 10, 2020.

3. The deadline for joining additional parties is January 10, 2020.

4. Plaintiff shall disclose experts and provide expert reports by April 1, 2020. Plaintiff shall make any such experts available for deposition by May 1, 2020.

5. Defendant shall disclose experts and provide expert reports by June 1, 2020. Defendant shall make any such experts available for deposition by July 1, 2020.

6. Discovery shall be modified as follows:  At this time, the Parties do not believe any discovery limitations or modifications are needed.

7. All discovery, including deposition of experts, is to be completed by July 1, 2020.

8. The deadline for filing case dispositive motions shall be July 31, 2020.

| | |
|---|---|
| DARNELL WASHINGTON (Plaintiff) | SUPERVALU, INC. (Defendant) |
| BY: /s/ David B. Levin<br>Law Offices of Todd M. Friedman, P.C.<br>333 Skokie Blvd., Suite 103<br>Northbrook, IL 60062<br>Phone: (224) 218-0882<br>dlevin@toddflaw.com | BY: /s/ Amanda E. Inskeep<br>Littler Mendelson, P.C.<br>321 N. Clark Street, Suite 1000<br>Chicago, IL 60654<br>Phone: (312) 372-5520<br>ainskeep@littler.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019, I electronically filed the foregoing Rule 26(f) Meeting Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jeffrey Nowak
>Amanda E. Inskeep
>Littler Mendelson, P.C.
>321 N. Clark Street
>Suite 1000
>Chicago, IL 60654

>/s/ David B. Levin
>Attorney for Plaintiff