IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARNELL WASHINGTON,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**SUPERVALU INC.,**<br><br>　　　　Defendant. | No.  19-cv-02211<br><br>Judge:  Colin Stirling Bruce<br>Magistrate Judge  Eric I. Long |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

　　Defendant Supervalu Inc., by and through its attorneys, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

　　Supervalu Inc. is a wholly owned subsidiary of United Natural Food, Inc. ("UNFI").  As of October 23, 2018, BlackRock, Inc. owned 10.5% of the outstanding stock of UNFI.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　SUPERVALU INC.


　　　　　　　　　　　　　　　　　　By:/s/ Amanda E. Inskeep
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jeff S. Nowak ARDC# 6270364
Amanda E. Inskeep ARDC# 6303577
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL  60654
312.372.5520

Dated: September 23, 2019

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 23, 2019, she caused a copy of ***Defendant's Corporate Disclosure Statement*** to be filed electronically with the Clerk of the U.S. District Court, Central District of Illinois, using the CM/ECF (*electronic case filing*) system, which sent notification of such filing to the below counsel of record:

David B. Levin<br>
Law Offices of Todd M. Friedman, P.C.<br>
333 Skokie Boulevard<br>
Suite 103<br>
Northbrook, IL 60062<br>
dlevin@toddflaw.com

/s/ *Amanda E. Inskeep*
Amanda E. Inskeep

4810-4154-5127.1 051292.1078