UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DARNELL WASHINGTON | ) | |
| | ) | Case No. 19-cv-2211 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERVALU, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Darnell Washington, and the Defendant, Supervalu, Inc., by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees, the parties having independently settled their underlying dispute.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DARNELL WASHINGTON | SUPERVALU, INC |
| By: /s/ David B. Levin<br>Attorney for Plaintiff<br>Illinois Attorney No. 6212141<br>Law Offices of Todd M. Friedman, P.C.<br>333 Skokie Blvd., Suite 103<br>Northbrook, IL 60062<br>Phone: (224) 218-0882<br>dlevin@toddflaw.com | By: /s/ Amanda E. Inskeep<br>Attorney for Defendant<br>Littler Mendelson, P.C.<br>312 N. Clark Street, Suite 1000<br>Chicago, IL 60654<br>Phone: (312) 372-5520<br>ainskeep@littler.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff